UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIELLE KENELL WEADD | * | CIVIL ACTION NO. 23-1259 |
| | * | |
| | * | SECTION: "G"(1) |
| VERSUS | * | |
| | * | JUDGE NANNETTE JOLIVETTE BROWN |
| PEARLINA THOMAS, KRISTEN | * | |
| MORALES, AND SUSAN A. HUTSON | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

## JUDGMENT

The Court having granted the Motions to Dismiss filed by defendants Pearlina Thomas, Susan A. Huston, and Kristen Morales (Rec. Docs. 42, 44),

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of Pearlina Thomas, Susan A. Huston, and Kristen Morales and against plaintiff Danielle Kenell Weadd, dismissing plaintiff's Complaint with prejudice.

New Orleans, Louisiana, this 21st day of December, 2023.

_____
Janis van Meerveld
United States Magistrate Judge